**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROCCO MAIELLANO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WORLD TRAVEL GROUP, INC., et al., <br><br> Defendants. | Civil Action No.: 06-CV-5835 (JLL) <br><br> **ORDER ADOPTING** <br> **MARCH 9, 2009** <br> **REPORT AND RECOMMENDATION** |

**LINARES**, District Judge.

This Court had referred Plaintiffs' motion to enforce settlement [CM/ECF Docket Entry No. 27] to the Honorable Claire C. Cecchi, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Cecchi filed a Report and Recommendation in connection with Defendant's motion on March 9, 2009. Having reviewed the Report and Recommendation, and having received no objection thereto, and for good cause shown,

   **IT IS** on this **24th day of March, 2009,**

   **ORDERED** that the Report and Recommendation of Magistrate Judge Cecchi filed on March 9, 2009 [CM/ECF Docket Entry No. 38] is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

   **ORDERED** that Plaintiffs' motion to enforce settlement [CM/ECF Docket Entry No. 27] is hereby **GRANTED.**

   **IT IS SO ORDERED.**

/s/ Jose L. Linares
Jose L. Linares
United States District Judge